■ DEBORAH VALERINO, Respondent, v ROBERT VALERINO, Appellant. [63 NYS3d 288]—Appeal from a judgment of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered April 28, 2016 in a divorce action. The judgment, among other things, equitably distributed the marital assets.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, DeJoseph, NeMoyer and Curran, JJ.